ACCEPTED
12-17-00249-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/11/2018 3:19 PM
Pam Estes
CLERK

## NO. 12-17-00249-CR

### IN THE

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/11/2018 3:19:57 PM
PAM ESTES
Clerk

### COURT OF APPEALS

### TWELFTH COURT OF APPEALS DISTRICT

### TYLER, TEXAS

---

### CHRISTOPHER BRIAN MURRAY, Appellant

### VS.

### STATE OF TEXAS, Appellee

### STATE'S MOTION FOR LEAVE TO FILE STATE'S BRIEF

### TO THE HONORABLE JUDGES OF SAID COURT:

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, Brenda Hicks Johnston, and hereby requests for a leave to file the State's Brief and in support of same would show the court as follows:

1.      The State's Brief in this case number was due on January 22, 2018. The State failed to file its brief in a timely manner.

The undersigned is requesting leave to file the State's brief.

The undersigned is not seeking this leave for the purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court accepts the filing of the State's brief.

Respectfully submitted,

**BRENDA JOHNSTON, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#00796751**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's Brief has

been served by email upon Wm. M. House, Jr., Attorney for Appellant.

**BRENDA JOHNSTON, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#00796751**

**THE STATE OF TEXAS**      §

     §

**COUNTY OF ANDERSON**      §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **BRENDA JOHNSTON** who states on oath that the facts contained in the State's Motion for Leave to File State's Brief in <u>CHRISTOPHER BRIAN MURRAY V. STATE</u>, (Trial Court Cause No. 349CR-16-32569 in the 369th Judicial District Court of Anderson County, Case No. **12-17-00249-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

_____

**BRENDA JOHNSTON, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#00796751**

Given under my hand and seal of office this the 11TH day of May, 2018.

_____

NOTARY PUBLIC
FOR THE STATE OF TEXAS
COUNTY OF ANDERSON